IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALBERT WILLIAM RANDALL,** : | |
| : | |
| Plaintiff, : | CIVIL ACTION 10-00657-KD-B |
| : | |
| v. : | |
| : | |
| **RONNIE MARION RANDALL,** *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

In the Rule 16(b) Scheduling Order dated February 22, 2011 (Doc. 20), the parties were ordered to file a joint proposed Protective Order by March 9, 2011. A review of the file reflects that as of the date of the present Order, the parties have failed to file this document. Therefore, upon consideration, the parties are **ORDERED** to file their joint proposed Protective Order by **April 14, 2011,** or to show cause by that date why they are unable to do so.

**DONE** this **7th** day of **April, 2011.**

　　　　　　　　　　　　　　　　　　／S/ SONJA F. BIVINS　　　
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**