# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ALBERT WILLIAM RANDALL,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 10-00657-KD-B** |
| ) | |
| **RONNIE MARION RANDALL,** *et al.*, ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the parties' joint "Stipulation of [Voluntary] Dismissal" with prejudice of this lawsuit and all claims contained therein, with each party to bear its own costs. (Doc. 47). Because the parties jointly filed a Stipulation of Voluntary Dismissal, which is signed by all parties, the Court construes the dismissal as one filed pursuant to Rule 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that this action is **DISMISSED with prejudice.** Each party shall bear his or its own costs.

**DONE** and **ORDERED** this the **24th** day of **October 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**