# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALBERT WILLIAM RANDALL,** )<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**RONNIE MARION RANDALL,** *et al.*, )<br>    **Defendants.** ) | **CIVIL ACTION NO.: 10-00657-KD-B** |

## ORDER

This matter is before the Court on the parties' joint "Stipulation of [Voluntary] Dismissal" with prejudice of this lawsuit and all claims contained therein, with each party to bear its own costs. (Doc. 47). Because the parties jointly filed a Stipulation of Voluntary Dismissal, which is signed by all parties, the Court construes the dismissal as one filed pursuant to Rule 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that this action is **DISMISSED with prejudice.** Each party shall bear his or its own costs.

**DONE** and **ORDERED** this the **24th** day of **October 2011.**

                                                /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**